IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Zedrick Smalls, | C/A No. 0:24-4614-RMG-PJG |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Charleston County Sheriff's Office; Officer Chaz Farnqui; Officer Trent Evans; Officer Jamal Singleton; Wellpath, LLC, | |
| Defendants. | |

This action was originally commenced on August 31, 2023 in the Charleston County Court of Common Pleas against Charleston County and the Charleston County Sheriff's Office for alleged violations of state law. (ECF No. 1-1 at 1-10.) In July 2024, Plaintiff filed an Amended Complaint adding additional defendants and claims, including a claim pursuant to 42 U.S.C. § 1983. (Id. at 33-52.) The defendants removed the matter on August 22, 2024. On June 23, 2025, Defendant Wellpath, LLC filed a motion to dismiss with prejudice all claims against it based on the discharge of claims pursuant to a plan of reorganization confirmed by the United States Bankruptcy Court for the Southern District of Texas. (ECF No. 33.) Attached to its motion are the orders of the bankruptcy court supporting its assertion that the claims against Wellpath are extinguished. (ECF No. 33-1.) The plaintiff does not oppose Defendant Wellpath's motion. (See ECF No. 36 at 1.) Accordingly, the court recommends that Defendant Wellpath LLC's motion to dismiss with prejudice (ECF No. 33) be granted.

August 15, 2025
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

*The parties' attention is directed to the important notice on the next page.*

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); see Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91