# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Zedrick Smalls,<br><br>      Plaintiff,<br>  v.<br><br>Charleston County Sheriff's Office, et al.,<br><br>      Defendants. | C/A: 0:24-cv-4614-RMG<br><br><br>**ORDER** |

Before the Court is the Report and Recommendation ("R&R") (Dkt. No. 38) of the Magistrate Judge recommending that the Court grant Defendant Wellpath, LLC's unopposed motion to dismiss Plaintiff's claims against it (Dkt. No. 33). *See* (Dkt. No. 36 at 1) (confirming "Plaintiff has not opposed Wellpath, LLC's request for dismissal"). Wellpath attached to its motion a reorganization plan that the Bankruptcy Court for the Southern District of Texas confirmed.

In the R&R, the Magistrate Judge recommends granting Wellpath's motion "based on the discharge of claims pursuant to [the] plan of reorganization." (Dkt. No. 38 at 1). No party objected to the R&R.

For the reasons stated therein, the Court **ADOPTS** the R&R (Dkt. No. 38) as the Order of the Court and **GRANTS** Wellpath's motion to dismiss (Dkt. No. 33).

    **AND IT IS SO ORDERED.**

s/Richard Mark Gergel
United States District Judge

September 4, 2025
Charleston, South Carolina

-1-