# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

Zedrick Smalls,

   Plaintiff,

  v.

Charleston County Sheriff's Office,

   Defendant.

Case No. 0:24-4614-RMG

**ORDER**

This matter comes before the Court on the parties' joint motion to remand this case to the Charleston County Court of Common Pleas (Dkt. No. 50) and the Report and Recommendation (R & R) of the Magistrate Judge recommending that the Court decline to exercise its supplemental jurisdiction and remand the case to state court. (Dkt. No. 53).

As a result of various rulings of the Court and the stipulations of the parties, the only remaining claims in this action arise under state law. After a careful review of the record in this matter, the Court **ADOPTS** the R & R of the Magistrate Judge (Dkt. No. 53), **DECLINES** to exercise its supplemental jurisdiction over this case, and **REMANDS** the case to the Charleston County Court of Common Pleas.

  **AND IT IS SO ORDERED.**

            s/ Richard Mark Gergel
            Richard Mark Gergel
            United States District Judge

April 22, 2026
Charleston, South Carolina

1